IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **GREGORY STILLMAN,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| **DIAKON LOGISTICS (DELAWARE), INC.,** *et al,* | ) ) ) ) |
| Defendants. | ) |

Case No.: 5:17-cv-06002-HFS

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41 (a)(1)(A)(ii), the parties hereby stipulate that this action be dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully Submitted,

By: /s/ Megan L. Stiles
Joshua P. Wunderlich MO #64254
j.wunderlich@cornerstonefirm.com
Megan L. Stiles     MO #69202
m.stiles@cornerstonefirm.com
8350 N. St. Clair Ave., Ste 225
Kansas City, MO 64151
Telephone:   (816)581-4040
Facsimile:    (816)741-8889
**ATTORNEYS FOR PLAINTIFF**

By: /s/ Andrew Klonowski
Karen J. Halbrook     MO #38919
khalbrook@halbrooklaw.com
Andrew Klonowski      MO #66010
aklonowski@halbrooklaw.com
3500 W. 75th Street, Suite 300
Prairie Village, Kansas 66208
Telephone:   (913) 529-1188
Facsimile:    (913) 529-1199
**ATTORNEYS FOR DIAKON LOGISTICS AND TODD VODA**

By: /s/ Ryan E. Karaim
Ryan E. Karaim       MO #37017
rkaraim@fsmlawfirm.com
Joan M. Sheridan     MO #66224
jsheridan@fsmlawfirm.com
8900 Ward Parkway
Kansas City, Missouri 64114
Telephone:   (816) 421-7100
Facsimile:    (816) 421-7915
**ATTORNEYS FOR INNOVEL SOLUTIONS**